**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CLINT PHILLIPS, III, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:24-cv-00140-SEP |
| ) | |
| SUPERINTENDENT OF ST. LOUIS ) | |
| COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

On April 18, 2024, the Court ordered Plaintiff to pay the required filing fee or file a completed Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [4]. Plaintiff's response was due on May 3, 2024, and he has not responded to the Court's Order or sought additional time to do so.

Plaintiff was given meaningful notice of what was expected and ample time to comply. The action is therefore dismissed without prejudice, due to Plaintiff's failure to comply with the Court's Order dated April 18, 2024. *See* Fed. R. Civ. P. 41(b); *see also Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (a district court has the power to dismiss an action for the plaintiff's failure to comply with any court order).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered.

Dated this 31st day of May, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE